IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BONNIE ROBINSON,**

      Plaintiff,

      v.

**CAROLYN W. COLVIN,**
Acting Commissioner of the Social Security
Administration,

      Defendant.

**Civ. No. 6:13-cv-00150-TC**


**ORDER**

---

MCSHANE, Judge:

    Magistrate Judge Coffin has referred to this court, his Findings and Recommendation

[#24] reversing the Social Security Administration Commissioner's decision denying plaintiff

Bonnie Robinson's application for disability insurance benefits and remanding the matter for an

award of benefits.  This court has jurisdiction under 42 U.S.C. §§ 405(g) and 1383(c)(3).

1 – OPINION AND ORDER

Magistrate Judge Coffin filed his Findings and Recommendation on February 10, 2014. The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed.  This relieves me of my obligation to give de novo review to the factual findings of the Magistrate Judge.  *Lorin Corp. v. Goto & Co., Ltd.,* 700 F.2d 1202, 1206 (9th Cir.1982).  See also *Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles in this matter de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation is **ADOPTED** and the Commissioner's decision should be **reversed and remanded** for an award of benefits.

IT IS SO ORDERED.

DATED this 7th day of May, 2014.

_____
Michael J. McShane
United States District Judge

2 – OPINION AND ORDER