**JENNA L. MOONEY, OSB #99324**
jennamooney@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: 503-276-5801
Fax: 503-778-5299
Email: jennamooney@dwt.com

    Attorneys for Plaintiff

Of Counsel to:
Law Offices – Harry J. Binder
and Charles E. Binder, P.C.
Attorneys for Raymond Vega
60 E 42nd St, Suite 520
New York, NY 10165
Phone: 212-677-6801
Fax: 646-273-2196
Email: fedcourt@binderlawfirm.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **BONNIE DARLENE ROBINSON,**<br>    **PLAINTIFF,**<br><br>v.<br><br>**CAROLYN W. COLVIN,**<br>**ACTING COMMISSIONER OF**<br>**SOCIAL SECURITY,**<br>    **DEFENDANT.** | Case No. CV13-150-TC |

## ORDER

The Court, having read the Affirmation and supporting Memorandum dated the 16th day of June, 2014, from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $5,666.71 be granted and costs be granted in the amount of $350.00, payable from the Judgment

Fund. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), payment of this award shall be sent to Plaintiff's attorney, Charles E. Binder, at his address.

Entered: 6/19/14

HONORABLE Thomas M. Coffin
United States Magistrate Judge